IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:   18-02548 |
| Karoline Esho | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge:   LaShonda A. Hunt |
| | ) | |

## NOTICE OF WITHDRAWAL

TO:   Karoline Esho, 6005 N Kimball, Apt 4 Chicago, IL 60659 *via mail*

Trustee Marilyn Marshall, 224 S. Michigan Ave., #800, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

Brian J. Graber, Ltd., 150 N Michigan Ave, Chicago, IL 60601 *via mail*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*

PLEASE TAKE NOTICE that the Motion to Approve Settlement that was to be heard on **April 29, 2019 at 9:30 am** before the Honorable Judge LaShonda A. Hunt at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 719, Chicago, Illinois 60604 is withdrawn.

By:   /s/ *David H. Cutler*
David H. Cutler

## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on April 24, 2019 before the hour of 6:00 p.m.

By:   /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St. Skokie, IL 60076
Phone: (847) 673-8600