| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-02548<br>Northern District of Illinois<br>Eastern Division<br>Thu Apr 25 13:24:23 CDT 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Acs/dept Of Ed<br>830 1st St Ne Room 111g5<br>Washington, DC 20002-8058 |
| Capital One<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Charter Fitness of McCormick<br>C/O Seas & Associates, LLC<br>PO Box 15174<br>Little Rock, AR 72231-5174 | City Of Chicago Department of Finance<br>C/O Arnold Scott Harris P.C.<br>111 W Jackson Blvd Suite 600<br>Chicago, IL 60604-3517 |
| City of Chicago Dept of Finance<br>121 N. LaSalle St, 7th Floor<br>Chicago, IL 60602-1202 | City of Chicago Dept of Finance<br>Citation Administration<br>PO Box 5289<br>Chicago, IL 60680-5224 | Consumer Portfolio Services, Inc.<br>PO Box 57071<br>Irvine, CA 92619-7071 |
| Diagnostic Radiology Specialists<br>Department 4062<br>Carol Stream, IL 60122-4062 | First Premier Bank<br>601 S Minneaplois Ave<br>Dious FDalls, SD 57104 | Illinois Tollway Authority<br>C/O Arnold Scott Harris, PC<br>111 W. Jackson Blvd<br>Suite 600<br>Chicago, IL 60604-3517 |
| Jefferson Capital Systems, LLC<br>C/O First National Collection Bureau, In<br>610 Waltham Way<br>Sparks, NV 89437-6695 | Majestic Lake Financial<br>635 East Hwy 20, K<br>Upper Lake, CA 95485 | Med Business Bureau<br>1460 Renaissance Dr<br>Suite 400<br>Park Ridge, IL 60068-1349 |
| Medical Business Bureau, LLC<br>1175 Devin Dr, Ste 173<br>Norton Shores, MI 49441-6079 | Navient<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes-Barr, PA 18773-9500 | Navient Solutions, LLC..<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1430 |
| Presence Saint Francis Hospital<br>C/O Credtors Collection Bureau, Inc<br>PO Box 63<br>Kankakee, IL 60901-0063 | Sallie Mae<br>Attn: Navient<br>Po Box 9500<br>Wilkes-Barr, PA 18773-9500 | Swedish Emergency Associates PC<br>PO Box 366<br>Hinsdale, IL 60522-0366 |
| Tmobile<br>C/O Convergent Outsourcing<br>800 SW 39th St<br>Renton, WA 98057-4927 | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 | Karoline Esho<br>6005 N Kimball, Apt 4<br>Chicago, IL 60659-2322 |
| Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients     0<br>Total                  25 |