UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                      )          BK No.:   18-02548
Karoline Esho                               )
                                            )
                                            )          Chapter: 13
                                            )
                                            )          Honorable David D. Cleary
                                            )
                                            )
            Debtor(s)                       )

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to:

   a)  Defer the current trustee default to the end of the Plan;

   b)  Extend the Chapter 13 Plan term over 60 months in accordance with 11 U.S.C. §1329(d)(1);

   c)  The Plan base amount remains the same; and

   d)  The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed Plan.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  January 25, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600